UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CR00317 ERW |
| ) | |
| JOSEPH MUGO and ROSE THIONGO, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Terry I. Adelman [doc. #47] pursuant to 28 U.S.C. § 636(b). The Report recommends that Defendant Joseph Mugo's Motion to Dismiss Count IV of the Indictment as Barred by Collateral Estoppel/Res Judicata [doc. #36] be denied. The Court notes that no objections were filed to the Report and Recommendation within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts and incorporates herein the Magistrate's Report and Recommendation in its entirety.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Count IV of the Indictment as Barred by Collateral Estoppel/Res Judicata [doc. #36] is **DENIED**.

Dated this 1st Day of December, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE